IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:09cr104HTW-LRA

HAZEL HARRIS
a/k/a Hazel Buckley

ORDER DISMISSING INDICTMENT

BY LEAVE OF COURT endorsed hereupon, the Court grants the government's motion to dismiss the indictment without prejudice.

SO ORDERED, this the 5th day of April, 2010

**s/ HENRY T. WINGATE**
_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT